W & J RIVES, INC. v. KEMPER INSURANCE GROUP

No. 48P89.

Case below: 92 N.C. App. 313.

Petition by defendant (Aetna Casualty) for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

WATKINS v. GENTRY

No. 54P89.

Case below: 92 N.C. App. 597.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

WELLS v. WELLS

No. 8P89.

Case below: 92 N.C. App. 226.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

WHICHARD v. BD. OF ADJUSTMENTS

No. 56P89.

Case below: 92 N.C. App. 597.

Motion by defendants to dismiss appeal for lack of substantial constitutional question allowed 5 April 1989. Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

WILSON v. STATE FARM MUT. AUTO. INS. CO.

No. 45PA89.

Case below: 92 N.C. App. 320.

Motion by plaintiff and defendant State Farm to dismiss appeal by defendant Farm Bureau Mutual for lack of substantial constitutional question denied 5 April 1989. Petition by defendant Farm Bureau Mutual for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989.